

FILED by _____ **YH** _ D.C.

**May 9, 2019**

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

CASE NO. **19-20272-CR-GAYLES/OTAZO-REYES**
_____

18 U.S.C. § 115(a)(1)(B)
18 U.S.C. § 373(a)
18 U.S.C. § 1958(a)
18 U.S.C. § 981(a)(1)(C)

### UNITED STATES OF AMERICA

vs.

### MATTHEW ALEXANDER KING,

**Defendant.**
_____/

### INDICTMENT

The Grand Jury charges:

### COUNT ONE
### (Retaliation Against a Federal Official)

From in or about December 2018 through February 13, 2019, in the Southern

District of Florida and elsewhere, the defendant,

### MATTHEW ALEXANDER KING,

did threaten to murder United States District Court Judge R.S., with the intent to

impede, intimidate, and retaliate against R.S. while he was engaged in and on

account of the performance of his official duties as a United States Judge.

All in violation of Title 18, United States Code, Section 115(a)(1)(B) and

(b)(4).

## COUNT TWO
### (Solicitation to Commit a Crime of Violence)

From in or about December 2018 through February 13, 2019, in the Southern District of Florida and elsewhere, the defendant,

### MATTHEW ALEXANDER KING,

with intent that another person engage in conduct constituting a felony that has as an element the use, attempted use, or threatened use of physical force against the person of another in violation of the laws of the United States, and under circumstances strongly corroborative of that intent, did solicit, command, induce, or otherwise endeavor to persuade such other person to engage in such conduct; that is, to murder United States District Court Judge R.S. on account of the performance of his official duties, in violation of Title 18, United States Code, Section 1114.

All in violation of Title 18, United States Code, Section 373(a).

## COUNT THREE
### (Solicitation to Commit a Crime of Violence)

From in or about December 2018 through February 13, 2019, in the Southern District of Florida and elsewhere, the defendant,

### MATTHEW ALEXANDER KING,

with intent that another person engage in conduct constituting a felony that has as an element the use, attempted use, or threatened use of physical force against the person of another in violation of the laws of the United States, and under circumstances strongly corroborative of that intent, did solicit, command, induce, or otherwise

endeavor to persuade such other person to engage in such conduct; that is, to murder Assistant United States Attorney D.N. on account of the performance of her official duties, in violation of Title 18, United States Code, Section 1114.

All in violation of Title 18, United States Code, Section 373(a).

## COUNT FOUR
### (Solicitation to Commit a Crime of Violence)

From in or about December 2018 through February 13, 2019, in the Southern District of Florida and elsewhere, the defendant,

### MATTHEW ALEXANDER KING,

with intent that another person engage in conduct constituting a felony that has as an element the use, attempted use, or threatened use of physical force against the person of another in violation of the laws of the United States, and under circumstances strongly corroborative of that intent, did solicit, command, induce, or otherwise endeavor to persuade such other person to engage in such conduct; that is, to murder Special Agent J.G. of the Federal Bureau of Investigation on account of the performance of his official duties, in violation of Title 18, United States Code, Section 1114.

All in violation of Title 18, United States Code, Section 373(a).

## COUNT FIVE
### (Solicitation to Commit a Crime of Violence)

From in or about December 2018 through February 13, 2019, in the Southern District of Florida and elsewhere, the defendant,

**MATTHEW ALEXANDER KING,**

with intent that another person engage in conduct constituting a felony that has as an element the use, attempted use, or threatened use of physical force against the person of another in violation of the laws of the United States, and under circumstances strongly corroborative of that intent, did solicit, command, induce, or otherwise endeavor to persuade such other person to engage in such conduct; that is, to murder A.R., a cooperating federal witness, in violation of Title 18, United States Code, Section 1513(a)(1)(B).

All in violation of Title 18, United States Code, Section 373(a).

## <u>COUNT SIX</u>
### (Use of Interstate Commerce Facilities in the Commission of Murder-for-Hire)

On or about February 6, 2019, in the Southern District of Florida and elsewhere, the defendant,

**MATTHEW ALEXANDER KING,**

used, and caused another to use, a facility of interstate and foreign commerce, with the intent that the murders of R.S., D.N., J.G., A.R., R.A., N.M., J.M., and M.S. be committed in violation of the laws of any State and the United States as consideration for the receipt of, and as consideration for a promise and agreement to pay, anything of pecuniary value, specifically money to be paid to a person to commit each of the murders.

All in violation of Title 18, United States Code, Section 1958(a).

## FORFEITURE

1.     The allegations contained in Counts One and Six of this Indictment are incorporated by reference for the purpose of alleging forfeitures pursuant to Title 18, United States Code, Sections 981(a)(1)(C), 924(d), and Title 28, United States Code, Section 2461(c).

2.     Upon conviction of a violation of Title 18, United States Code, Sections 115 or 1958, the defendant shall forfeit to the United States of America, pursuant to Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c), any property, real or personal, which constitutes or is derived from proceeds traceable to the offense.

3.     Upon conviction of a violation of Title 18, United States Code, Section 1958, the defendant shall forfeit to the United States of America, pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c), all firearms and ammunition involved in or used in the violation.

4.     If any of the property described above, as a result of any act or omission of the defendant:

        a.     cannot be located upon the exercise of due diligence;

        b.     has been transferred or sold to, or deposited with, a third party;

        c.     has been placed beyond the jurisdiction of the court;

        d.     has been substantially diminished in value; or

divided without difficulty, the United States of America shall be entitled to forfeiture of substitute property pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c).

A TRUE BILL

_____
Foreperson

WILLIAM P. BARR
United States Attorney General

_____
MARIA CHARA LOPEZ
United States Attorney
Middle District of Florida

_____
MICHAEL P. FELICETTA
Special Attorney

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

CASE NO._____

v.

**CERTIFICATE OF TRIAL ATTORNEY\***

MATTHEW ALEXANDER KING

**Superseding Case Information:**

_____Defendant._____/

Court Division: (Select One)                              New defendant(s)          Yes ✓   No ____
__✓__ Miami   ____ Key West                        Number of new defendants        1
____ FTL      ____ WPB   ____ FTP                  Total number of counts          6

1.    I have carefully considered the allegations of the indictment, the number of defendants, the number of
      probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2.    I am aware that the information supplied on this statement will be relied upon by the Judges of this
      Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial
      Act, Title 28 U.S.C. Section 3161.

3.    Interpreter:    (Yes or No)    No
      List language and/or dialect    _____

4.    This case will take __8__ days for the parties to try.

5.    Please check appropriate category and type of offense listed below:

      (Check only one)                                      (Check only one)

      I      0 to 5 days          _____          Petty        _____
      II     6 to 10 days         ___✓___         Minor        _____
      III    11 to 20 days        _____          Misdem.      _____
      IV     21 to 60 days        _____          Felony       ___✓___
      V      61 days and over     _____

6.    Has this case previously been filed in this District Court?    (Yes or No)    No ____
      If yes: Judge _____    Case No. _____
      (Attach copy of dispositive order)
      Has a complaint been filed in this matter?    (Yes or No)    No ____
      If yes: Magistrate Case No. _____
      Related miscellaneous numbers:    1:18-cr-20591-RNS_____
      Defendant(s) in federal custody as of _____
      Defendant(s) in state custody as of _____
      Rule 20 from the District of _____

      Is this a potential death penalty case? (Yes or No)    No ____

7.    Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office
      prior to August 9, 2013 (Mag. Judge Alicia O. Valle)?    Yes ____   No ✓

8.    Does this case originate from a matter pending in the Northern Region U.S. Attorney's Office
      prior to August 8, 2014 (Mag. Judge Shaniek Maynard)?    Yes ____   No ✓

_____
MICHAEL P. FELICETTA
SPECIAL ATTORNEY, A5502539
AUSA, MIDDLE DISTRICT OF FLORIDA

\*Penalty Sheet(s) attached                                                REV 8/13/2018

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

<u>PENALTY SHEET</u>

**Defendant's Name**: **MATTHEW ALEXANDER KING**

**Case No**: [_____]

Count  #: 1

   Retaliation Against a Federal Official

   Title 18, United States Code, Section 115(a)(1)(B)

**\*Max. Penalty:**  10 years' imprisonment

Counts  #: 2-5

   Solicitation to Commit a Crime of Violence

   Title 18, United States Code, Section 373(a)

**\*Max. Penalty:**  20 years' imprisonment

Count  #: 6

   Use of Interstate Commerce Facilities in the Commission of Murder-for-Hire

   Title 18, United States Code, Section 1958(a)

**\*Max. Penalty:**  10 years' imprisonment

**\*Refers only to possible term of incarceration, does not include possible fines, restitution,
special assessments, parole terms, or forfeitures that may be applicable.**