UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 19-cr-20272-BLOOM/Valle

UNITED STATES OF AMERICA,
    Plaintiff,

vs.

MATTHEW ALEXANDER KING,
    Defendant.
_____/

## AFFIDAVIT

1. I, MATTHEW ALEXANDER KING, am the Defendant in the above styled cause ad am charged by Indictment with the following 6 counts:

| Count | Charge | Statute |
|---|---|---|
| I | Retaliation Against a Fed. Official, (U.S. Dist. Ct. Judge R.S.) | (18 U.S.C. §115(a)(1)(B)) |
| II | Solicitation of Crime of Violence (U.S. Dist. Ct. Judge R.S.) | (18 U.S.C. §373(a)) |
| III | Solicitation of Crime of Violence (AUSA D.N.) | (18 U.S.C. §373(a)) |
| IV | Solicitation of a Crime of Violence (Sp. Agent J.G.) | (18 U.S.C. §373(a)) |
| V | Solicitation of a Crime of Violence (A.R.) | (18 U.S.C. §1513(a)(1)(B)) |
| VI | Murder-for-Hire (R.S., D.N., J.G., A.R., R.A., J.M., M.S.) | (18 U.S.C. §1958(a)) |

2. My Father, Conrad King has retained NATHAN D. CLARK, ESQUIRE to defend me in the Federal District Court for the Southern District.

3. I have no funds for necessary costs for the preparation of a defense in this cause.

4. I have __1__ dependents.

5. I have take home income of $__0__ paid ( ) weekly ( ) biweekly ( ) semi-monthly ( ) monthly ( ) yearly.

6. I have other income paid ( ) weekly ( ) biweekly ( ) semi-monthly ( ) monthly ( ) yearly: (check "Yes" and fill in the amount if you have this kind of income, otherwise check "No").

| | | |
|---|---|---|
| Social Security benefits | Yes $ _____ | (No) |
| Unemployment compensation | Yes $ _____ | (No) |
| Union Funds | Yes $ _____ | (No) |

Worker's Compensation                        Yes $ _____    No
Retirement/Pension                           Yes $ _____    No
Trusts or Gifts                              Yes $ _____    No
Veteran's Benefits                           Yes $ _____    No
Child Support or other regular support
    From family members/spouse           Yes $ _____    No
Rental Income                                Yes $ _____    No
Dividends or Interest                        Yes $ _____    No
Other kinds of income not on the list        Yes $ _____    No

7.     I have other assets:  (check "Yes" and fill in the amount if you have this kind of income, otherwise check "No")

Cash                                                       Yes $ _____    No
Bank Accounts                                              Yes $ _____    No
Certificates of Deposit or money market accounts           Yes $ _____    No
*Equity in motor vehicles/boats or other tangible
    Property                                               Yes $ _____    No
List the year/make/model and tag #: N/A
Savings                                                    Yes $ _____    No
Stocks/Bonds                                               Yes $ _____    No
Equity in Real Estate (excluding homestead)                Yes $ _____    No
Address of Property: _____

8.     I have a total amount of liabilities and debts in the amount of $ 0 .

9.     I receive: (Check "Yes" or "No")

Temporary Assistance for Needy
    Families/Cash Assistance             Yes $ _____    No
Poverty – related veterans' benefits         Yes $ _____    No
Supplemental Security Income (SSI)           Yes $ _____    No

10.    I have not been released on bail.

                                                _____
                                                Matthew Alexander King

    Sworn and subscribed to before me, the undersigned authority, by Matthew Alexander King, personally known to me (  ) or produced as identification _____ this ___ day of August, 2019.

_____
    Notary Public