

U.S. Department of Justice

Federal Bureau of Prisons

*Federal Detention Center*

---

33 NE 4th St.
Miami, FL 33132

September 20, 2019

The Honorable Beth Bloom
United States District Judge
Wilkie D. Ferguson, Jr. United States Courthouse
400 North Miami Avenue
Chambers 10-2
Miami, Florida 33128

Re:  **Name:**      **King, Matthew Alexander**
     **Reg. No:**   **17576-104**
     **Case No:**   **19-20272-CR-BLOOM**

Dear Judge Bloom:

On August 27, 2019, an Order of the Court committed Mr. King to the custody of the Bureau of Prisons for a thirty day mental health evaluation under the provisions of Title 18, United States Code, Section 4241. The Court is requesting an opinion regarding the defendant's competency to stand trial.

Mr. King was designated to the Federal Detention Center, Miami, Florida, for the evaluation, on September 6, 2019. The FDC is experiencing a backlog of forensic evaluations due to the unexpected and extended medical-related absence of one of our forensic psychologists. As a result, the FDC is unable to complete this evaluation and report until December 20, 2019. Accordingly, we respectfully request the Court permit the FDC until then to complete the evaluation and submit the report. In addition, we request the FDC be provided with any relevant documents that are available (i.e., medical, psychiatric, academic records; investigative reports; criminal history; etc).

We appreciate the Court's understanding of these extenuating circumstances. If this additional time cannot be permitted, we respectfully request that the Court order an outside psychologist to conduct this evaluation pursuant to 18 U.S.C. §§ 4241(b) and 4247(b). Please do not hesitate to contact Dr. Jorge Luis, Chief Psychologist, at (305) if you have any questions or concerns.

Sincerely,

Gio Ramirez
Warden

cc:  Nathan Dorlon Clark, Attorney for Defendant
     Michael P. Felicetta, Assistant United States Attorney

**Name:**     King, Matthew Alexander
**Reg. No:**  17576-104
**Case No:**  19-20272-CR-BLOOM

The Honorable Beth Bloom
United States District Judge
Wilkie D. Ferguson, Jr. United States Courthouse
400 North Miami Avenue
Chambers 10-2
Miami, Florida 33128

**Nathan Dorlon Clark**
17641 S. Dixie Highway
Palmetto Bay, FL 33157

**Michael P. Felicetta**
U.S. Department of Justice
Middle District of Florida
Ocala Division
35 SE First Avenue, Suite 300
Ocala, FL 34471