# MIAMI-DADE POLICE DEPARTMENT
## STATEMENT FORM

Statement of:                          Case No. _____

NAME: Matthew King
ADDRESS: 14364 SW 158 Ct
CITY/STATE/COUNTRY: Miami, FL, 33196
ZIP: 33196    RESIDENCE PHONE: ( ) 0
DOB: 3/17/1997    BUSINESS PHONE: ( ) 0

This statement is being taken at Miami-Dade Police (Kendall Dist)
(Location)

Miami, Florida, on Tuesday, 6/26/2018, at 8:25 am/**pm**
(Day) (Date) (Time)

STATEMENT: Alex had contacted me over a letter concerning my wife and her stability at my in-laws on Friday. We had been corresponding for the past few weeks discussing the possibility of killing my in-laws. According to Alex the letter stated that she wanted them killed. Reluctantly I agreed and offered the cash equivalent value of my gold chain as payment. I was told he would do this for said price. I only agreed to it feeling that it is what my wife wanted to happen. I deeply apologize to all law enforcement agencies involved and beg for forgiveness and beg to be with my daughter. Also I ask that my daughter remain with my family out of fear that my in-laws will abuse her as they have my wife. MK

Under penalties of perjury, I, Matthew King, declare that I have
(Name)

read the foregoing statement, pages one through 1 and that the facts stated in it are true and correct.

_____
Signature of Affiant

Sworn to and subscribed before me pursuant to Florida State Statute 117.10.

6-26-2018    7821    J Prever #7821
Date         Badge #         Notarizing Officer

32.12.01-25A
114.21.23 (Rev. 11/99)