UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 19-20272-CR-BLOOM

UNITED STATES OF AMERICA

vs.

MATTHEW ALEXANDER KING,

        Defendant.
_____/

## FACTUAL PROFFER

Had this case proceeded to trial, the United States would have proven beyond a reasonable doubt the following facts pertaining to a violation of Title 18, United States Code, Section 115(a)(1)(B) and (b)(4); and Section 373(a):

Matthew Alexander King ("KING") was arrested by Special Agent J.G. of the Federal Bureau of Investigation on June 26, 2018, for attempting to hire an individual (A.R.) to murder certain members of his wife's family (N.M., J.M., and M.S.). KING was then prosecuted by Assistant United States Attorney D.N., of counsel to the United States Attorney for the Southern District of Florida. On July 10, 2018, a federal grand jury indicted KING with one count of Use of Interstate Commerce Facilities in the Commission of Murder-for-Hire, in violation of Title 18, United States Code, Section 1958(a). The indictment was assigned to United States District Court Judge R.S. and KING retained defense attorney R.A. to represent him.

On October 9, 2018, KING pled guilty before Judge R.S. and admitted the sole count of the indictment. On January 14, 2019, KING was sentenced by Judge R.S. to 97 months imprisonment followed by 3 years of supervised release.

Beginning in October 2018 and continuing through February 2019, KING began verbally asking other inmates in the Federal Detention Center (FDC) in Miami, Florida, to assist him in finding a hit-man to murder the same members of his wife's family referenced above (N.M., J.M., and M.S.). KING also asked for the hit-man to murder the government witness who cooperated against him (A.R.), the federal agent who arrested him (J.G.), the federal prosecutor handling his case (D.N.), his retained attorney (R.A.) and the presiding Judge (R.S.).

KING wrote detailed letters on at least fifteen occasions to either an inmate at FDC or to a notional hit-man explaining how he wanted each of these eight victims murdered. KING explicitly stated that he wanted Judge R.S., AUSA D.N., and FBI Agent J.G. murdered because of how KING's case was handled by each of them during his prosecution. He further stated that he wanted confidential informant A.R. murdered because of A.R.'s cooperation with law enforcement which led to KING's arrest. KING specifically named each of the eight victims and describes them with particularity.

On February 6, 2019, law enforcement gave the phone number of an undercover employee (U.C.E. #8543) to an inmate at FDC who informed on KING's plot. The inmate subsequently gave the number to KING, telling KING that it was the contact number of a hit-man. That same date, KING called U.C.E. #8543 on two occasions using a telephone at FDC. In the two calls made by KING, both of which were recorded pursuant to FDC policy, KING solicits U.C.E. #8543 to kill the victims listed herein. In exchange for the murders, KING agrees to pay a sum of currency to U.C.E #8543.

On February 13, 2019, U.C.E. #8543 surreptitiously video recorded a meeting between him and KING at FDC. During the meeting, KING explicitly directs how he wanted U.C.E. #8543 to

murder each of the victims and informs U.C.E. #8543 that KING will pay him a sum of currency if the murders are carried out.

KING agrees that, from December 2018 through February 13, 2019, in Miami-Dade County, in the Southern District of Florida, he did threaten to murder United States District Court Judge R.S. on more than two occasions, with the intent to retaliate against R.S. while he was engaged in and on account of the performance of his official duties as a United States Judge, in violation of Title 18, United States Code, Section 115(a)(1)(B) and (b)(4).

KING further agrees that, from December 2018 through February 13, 2019, in Miami-Dade County, in the Southern District of Florida, with intent that another person engage in conduct constituting a felony that has as an element the use, attempted use, or threatened use of physical force against the person of another in violation of the laws of the United States, and under circumstances strongly corroborative of that intent, did solicit, command, induce, or otherwise endeavor to persuade such other person to engage in such conduct; that is, to murder Assistant United States Attorney D.N. on account of the performance of her official duties, in violation of Title 18, United States Code, Section 1114, and Title 18, United States Code, Section 373(a).

The information contained in this proffer is not a complete recitation of the facts and circumstances of this case, but the parties agree that it is sufficient to prove Counts One and Three of the Indictment beyond a reasonable doubt.

WILLIAM P. BARR
UNITED STATES ATTORNEY GENERAL

MARIA CHAPA LOPEZ
UNITED STATES ATTORNEY,
MIDDLE DISTRICT OF FLORIDA

Date: 2/10/2020   By: _____
MICHAEL P. FELICETTA
SPECIAL ATTORNEY

Date: 2/5/2020   By: _____
NATHAN D. CLARK
ATTORNEY FOR DEFENDANT

Date: 2/5/2020   By: _____
MATTHEW ALEXANDER KING
DEFENDANT